# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 01, 2026

Mr. Ryan Eric Chapple
Cain & Skarnulis, P.L.L.C.
303 Colorado Street
Suite 2850
Austin, TX 78701


Ms. Jennifer Jaye Hardy
Wilkie Farr & Gallagher, L.L.P.
600 Travis Street
Suite 2310
Houston, TX 77002


Mr. Shelby Arthur Jordan
Jordan & Ortiz, P.C.
500 N. Shoreline Boulevard
Suite 804
Corpus Christi, TX 78401-0399


Mr. Kyle Kimpler
Paul, Weiss, Rifkind, Wharton & Garrison, L.L.P.
1285 Avenue of the Americas
New York, NY 10019-6064


Mr. Stuart Roth Lombardi
Willkie Farr & Gallagher, L.L.P.
787 7th Avenue
New York, NY 10019-6099


   No. 26-20283   Jones v. Heslin
                 USDC No. 4:25-CV-5553

Dear Counsel,

**Bankruptcy Creditor Disclosure Requirements**
The parties are directed within fourteen (14) days from the date of this notice to submit a Bankruptcy Creditor Disclosure. You are required to disclose the identity of: (1) the debtor; (2) the members of the creditor's committee; (3) any entity that is an active participant in the proceeding before the Fifth Circuit; (4) any other entity known to the declarant whose stock or equity value could be substantially affected by the outcome of the proceeding; and (5) counsel to the parties/entities identified in (1)-(4).

Please submit this disclosure electronically using the "Creditor Disclosure Statement" event.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998