# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

ALEXANDER E. JONES, *et al.*,

*Appellants,*

-against-

NEIL HESLIN, *et al.*,

*Appellees.*

On Appeal from the United States District Court for the Southern District of Texas, Houston Division
No. 4:25-cv-05553

## APPELLEES' BANKRUPTCY CREDITOR DISCLOSURE STATEMENT

**WILLKIE FARR & GALLAGHER LLP**
Jennifer J. Hardy
600 Travis Street
Houston, TX 77002
Telephone: (713) 510-1766
Fax: (713) 510-1799
jhardy2@willkie.com

Stuart R. Lombardi (*pro hac vice* forthcoming)
Deanna Drenga (*pro hac vice* forthcoming)
Allison A. Berkowitch (*pro hac vice* forthcoming)

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Kyle J. Kimpler (*pro hac vice* forthcoming)
Paul Paterson (*pro hac vice* forthcoming)
Daniel S. Sinnreich (*pro hac vice* forthcoming)
Vida J. Robinson (*pro hac vice* forthcoming)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
kkimpler@paulweiss.com
ppaterson@paulweiss.com

787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Fax: (212) 728-8111
slombardi@willkie.com
ddrenga@willkie.com
aberkowitch@willkie.com

**LAWSON & MOSHENBERG PLLC**
Avi Moshenberg
State Bar No. 24083532
801 Travis Street, Suite 2101, #838
Houston, TX 77002
Telephone: (713) 449-9644
E-mail:
avi.moshenberg@lmbusinesslaw.com


**BRADLEY ARANT BOULT
    CUMMINGS LLP**
Jarrod B. Martin
State Bar No. 24070221
600 Travis Street, Suite 5600
Houston, TX 77002
Telephone: (713) 576-0388
Fax: (713) 576-0301
E-mail: jbmartin@bradley.com


*Counsel to the Texas Plaintiffs*

dsinnreich@paulweiss.com
virobinson@paulweiss.com

**CAIN & SKARNULIS PLLC**
Ryan E. Chapple
State Bar No. 24036354
303 Colorado Street, Suite 2850
Austin, TX 78701
Telephone: (512) 477-5000
Fax: (512) 477-5011
rchapple@cstrial.com


**KOSKOFF KOSKOFF &
    BIEDER, PC**
Alinor C. Sterling (*pro hac vice*
forthcoming)
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: (203) 336-4421
asterling@koskoff.com

*Counsel to the Connecticut Plaintiffs*

Appellees provide the following Bankruptcy Creditor Disclosure regarding the above-referenced appeal.

1. <u>The Debtor is:</u>

- Alexander E. Jones

2. <u>The Members of the Unsecured Creditors' Committee are:</u>

- Not applicable

3. <u>Active participants in the proceeding:</u>

- Alexander E. Jones (Debtor and Appellant)
- Free Speech Systems, LLC (Appellant)
- Neil Heslin (Appellee)
- Scarlett Lewis (Appellee)
- Leonard Pozner (Appellee)
- Veronique De La Rosa (Appellee)
- Estate of Marcel Fontaine (Appellee)
- Mark Barden (Appellee)
- Jacqueline Barden (Appellee)
- Francine Wheeler (Appellee)
- David Wheeler (Appellee)
- Ian Hockley (Appellee)
- Nicole Hockley (Appellee)
- Jennifer Hensel (Appellee)
- William Aldenberg (Appellee)
- William Sherlach (Appellee)
- Carlos M. Soto (Appellee)
- Donna Soto (Appellee)
- Jillian Soto-Marino (Appellee)
- Carlee Soto Parisi (Appellee)
- Robert Parker (Appellee)
- Erica Ash (Appellee)

4. <u>There are no entities whose stock or equity value could be substantially affected by the outcome of this proceeding.</u>

5.  Counsel to the parties/entities identified in (1) through (4):

- **Appellants**: Alexander E. Jones and Free Speech Systems, LLC

**JORDAN & ORTIZ, P.C.**
Shelby A. Jordan
Antonio Ortiz
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Telephone: (361) 884-5678
Fax: (361) 888-5555
sjordan@jhwclaw.com
aortiz@jhwclaw.com

**BROOCKS LAW FIRM PLLC**
Ben C. Broocks
William A. Broocks
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Telephone: (512) 201-2000
Fax: (512) 201-2032
bbroocks@broockslawfirm.com
wbroocks@broockslawfirm.com

Alan B. Daughtry
3355 West Alabama, Suite 444
Houston, Texas 77098
Phone: (281) 300-5202
alan@alandaughtry.com

- **Appellees**:  Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, Estate of Marcel Fontaine (collectively, the "Texas Plaintiffs")

**WILLKIE FARR & GALLAGHER LLP**
Jennifer J. Hardy
600 Travis Street
Houston, TX 77002
Telephone: (713) 510-1766
Fax: (713) 510-1799
jhardy2@willkie.com

Stuart R. Lombardi (*pro hac vice* forthcoming)
Deanna Drenga (*pro hac vice* forthcoming)
Allison A. Berkowitch (*pro hac vice* forthcoming)
787 Seventh Avenue New York, NY 10019
Telephone: (212) 728-8000
Fax: (212) 728-8111
slombardi@willkie.com
ddrenga@willkie.com
aberkowitch@willkie.com

**LAWSON & MOSHENBERG PLLC**
Avi Moshenberg
State Bar No. 24083532
801 Travis Street, Suite 2101, #838
Houston, TX 77002
Telephone: (713) 449-9644
E-mail: avi.moshenberg@lmbusinesslaw.com

**BRADLEY ARANT BOULT CUMMINGS LLP**
Jarrod B. Martin
State Bar No. 24070221
600 Travis Street, Suite 5600
Houston, TX 77002
Telephone: (713) 576-0388
Fax: (713) 576-0301
E-mail: jbmartin@bradley.com

- **Appellees**: Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, Robert Parker, Erica Ash (collectively, the "Connecticut Plaintiffs")

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Kyle J. Kimpler (*pro hac vice* forthcoming)
Paul Paterson (*pro hac vice* forthcoming)
Daniel S. Sinnreich (*pro hac vice* forthcoming)
Vida J. Robinson (*pro hac vice* forthcoming)
1285 Avenue of the Americas
New York, NY 10019-6064

Telephone: (212) 373-3000
Fax: (212) 757-3990
kkimpler@paulweiss.com
ppaterson@paulweiss.com
dsinnreich@paulweiss.com
virobinson@paulweiss.com

**CAIN & SKARNULIS PLLC**
Ryan E. Chapple
State Bar No. 24036354
303 Colorado Street, Suite 2850
Austin, TX 78701
Telephone: (512) 477-5000
Fax: (512) 477-5011
rchapple@cstrial.com

**KOSKOFF KOSKOFF & BIEDER, PC**
Alinor C. Sterling (*pro hac vice* forthcoming)
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: (203) 336-4421
asterling@koskoff.com

Respectfully submitted this 15th day of June, 2026.

**LAWSON & MOSHENBERG PLLC**

*/s/ Avi Moshenberg*
Avi Moshenberg
State Bar No. 24083532
801 Travis Street, Suite 2101, #838
Houston, TX 77002
Telephone: (713) 449-9644
E-mail: avi.moshenberg@lmbusinesslaw.com

**WILLKIE FARR & GALLAGHER LLP**
Jennifer J. Hardy
State Bar No. 24096068
600 Travis Street
Houston, TX 77002
Telephone: (713) 510-1766
Fax: (713) 510-1799
E-mail: jhardy2@willkie.com

Stuart R. Lombardi (*pro hac vice* forthcoming)
Allison A. Berkowitch (*pro hac vice* forthcoming)
Deanna Drenga (*pro hac vice* forthcoming)
787 Seventh Avenue New York, NY 10019
Telephone: (212) 728-8000
Fax: (212) 728-8111
E-mail: slombardi@willkie.com
        aberkowitch@willkie.com
        ddrenga@willkie.com

**BRADLEY ARANT BOULT CUMMINGS LLP**
Jarrod B. Martin
State Bar No. 24070221
600 Travis Street, Suite 5600
Houston, TX 77002
Telephone: (713) 576-0388
E-mail: jbmartin@bradley.com

*Co-Counsel to the Texas Plaintiffs*

**CAIN & SKARNULIS PLLC**

*/s/ Ryan Chapple*
Ryan E. Chapple
State Bar No. 24036354
303 Colorado Street, Suite 2850
Austin, TX 78701
Telephone: (512) 477-5000
Fax: (512) 477-5011
E-mail: rchapple@cstrial.com

**KOSKOFF KOSKOFF & BIEDER, PC**
Alinor C. Sterling (*pro hac vice* forthcoming)
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: (203) 336-4421
E-mail: asterling@koskoff.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Kyle J. Kimpler (*pro hac vice* forthcoming)
Paul Paterson (*pro hac vice* forthcoming)
Daniel S. Sinnreich (*pro hac vice* forthcoming)
Vida J. Robinson (*pro hac vice* forthcoming)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
E-mail: kkimpler@paulweiss.com
        ppaterson@paulweiss.com
        dsinnreich@paulweiss.com
        virobinson@paulweiss.com

*Co-Counsel to the Connecticut Plaintiffs*

## CERTIFICATE OF FILING AND SERVICE

I certify that on June 15, 2026, I caused this Bankruptcy Creditor Disclosure Statement to be served by and through this Court's CM/ECF system, which will send a notice of filing to all registered users.

/s/ *Avi Moshenberg*
Avi Moshenberg

*Counsel for Appellees*