**No. 26-20283**

---

**IN THE**

**UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

---

**ALEXANDER E. JONES AND FREE SPEECH SYSTEMS, LLC**
***Appellants,***

---

# UNOPPOSED APPELLANTS FIRST MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF

---

Ben C Broocks
St. Bar No. 03058800
Federal Bar No. 94507
William A. Broocks
St. Bar No. 24107577
Federal Bar No. 3759653
**Broocks Law Firm, PLLC**
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Telephone: (512) 201-2000
Fax: (512) 201-2032
Email: bbroocks@broockslawfirm.com
wbroocks@broockslawfirm.com

Shelby A. Jordan
State Bar No. 11016700
Federal Bar No. 2195
ANTONIO ORTIZ
State Bar No. 24074839
Federal Bar No. 1127322
**Jordan & Ortiz, P.C.**
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Telephone: (361) 884-5678
Fax: (361) 888-5555
Email: sjordan@jhwclaw.com
aortiz@jhwclaw.com
copy to: cmadden@jhwclaw.com

**ATTORNEYS FOR APPELLANTS**

Appellants, Alex E. Jones ("Jones") and Free Speech Systems, LLC ("FSS"), file this Unopposed Motion for Extension of Time to File Initial Brief. The current deadline for Appellants to file their brief is September 2, 2026. Appellants request an extension of thirty (30) days or up and till October 2, 2026.

The reasons for this request are as follows:

1. Appellants have been diligently working on its Appellants' Brief however subsequent to the initiation of this appeal Appellants' companion State District Court Appeal in No. 03-23-00209-CV; *Alex E. Jones and Free Speech Systems, LLC v Neil Heslin and Scarlett Lewis* pending in the Texas Court of Appeals, Third District, at Austin's Opinion has been issued that partially, but significantly, reversed approximately $42 million of the punitive damages portion of the Texas Plaintiffs' Judgment (the amount that exceeds the statutory caps), but also failed to address at all, and otherwise denied all other relief the significant constitutional and legal claims before the Court. The issuance of that Opinion requires significant immediate time to evaluate and prepare (i) the further responses to the Court of Appeals by way of Motion, if any, and to perfect Jones' and FSS' appeal to the Texas Supreme Court of Texas. Appellants had no ability to control the Court of Appeals timing of the issuance of its Opinion and thus the intersection of this Honorable Court's appellate briefing schedule and the now-competing multiple potential decisions and deadlines involving the new State

Court opinion have taken much of the preparation time available initially set aside to complete this task simply because the issues in both this Honorable Court's appeal and the new Opinion and appeals are extremely complex and in certain aspects, overlap.

2. Appellants seek an extension of 30 days and do not contemplate that any further extension will be requested.

3. Therefore, Appellants request that the deadline to file their initial brief be extended to October 2, 2026.

4. This extension is not sought for purposes of delay. No prior extension has been sought or granted concerning this deadline.

5. As set forth in the Certificate of Conference below, this Motion for Extension is Unopposed.

6. **Certificate of Conference**. Counsel for Appellees do not oppose this extension.

For these reasons, Appellants requests that this First Motion for Extension of Time to File Brief be granted and the deadline to file their brief extended to October 2, 2026.

Dated: August 27, 2026 Respectfully submitted,

*/s/ Shelby A. Jordan*
Shelby A. Jordan
State Bar No. 11016700

Federal Bar No. 2195
ANTONIO ORTIZ
State Bar No. 24074839
Federal Bar No. 1127322
**Jordan & Ortiz, P.C.**
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Telephone: (361) 884-5678
Fax: (361) 888-5555
Email: sjordan@jhwclaw.com
aortiz@jhwclaw.com
copy to: cmadden@jhwclaw.com

Ben C Broocks
St. Bar No. 03058800
Federal Bar No. 94507
William A. Broocks
St. Bar No. 24107577
Federal Bar No. 3759653
**Broocks Law Firm, PLLC**
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Telephone: (512) 201-2000
Fax: (512) 201-2032
Email: bbroocks@broockslawfirm.com
wbroocks@broockslawfirm.com

**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2026, the foregoing document was electronically filed with the United States Court of Appeals for the Fifth Circuit through the Court's CM/ECF system. All parties are represented by registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Shelby A. Jordan*
Shelby A. Jordan

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and 5th Cir. R. 32.1, this document contains 778 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and 5th Cir. R. 32.1 and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using 14 Times New Roman.

*/s/ Shelby A. Jordan*
Shelby A. Jordan