**No. 26-20283**

---

**IN THE**

**UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

---

**ALEXANDER E. JONES AND FREE SPEECH SYSTEMS, LLC**
***Appellants,***

---

# APPELLANTS' SECOND OPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

---

Ben C Broocks
St. Bar No. 03058800
Federal Bar No. 94507
William A. Broocks
St. Bar No. 24107577
Federal Bar No. 3759653
**Broocks Law Firm, PLLC**
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Telephone: (512) 201-2000
Fax: (512) 201-2032
Email: bbroocks@broockslawfirm.com
wbroocks@broockslawfirm.com

Shelby A. Jordan
State Bar No. 11016700
Federal Bar No. 2195
Antonio Ortiz
State Bar No. 24074839
Federal Bar No. 1127322
**Jordan & Ortiz, P.C.**
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Telephone: (361) 884-5678
Fax: (361) 888-5555
Email: sjordan@jhwclaw.com
aortiz@jhwclaw.com
copy to: cmadden@jhwclaw.com

**ATTORNEYS FOR APPELLANTS**

1. Appellants, Alex E. Jones and Free Speech Systems, LLC file this Second Opposed Motion for Extension of Time to File Opening Brief. Following one prior extension of time granted by the Court, the current deadline for Appellants to file their Opening Brief is Friday, October 2, 2026. Appellants request an extension of two weeks, which will result in a new deadline of Friday, October 16, 2026.

2. Appellants seek this extension not for delay, but so that counsel may have adequate time to prepare Appellants' Opening Brief. In addition to preparing Appellants' Opening Brief, counsel for Appellants has had the following professional obligations:

- Responding to a 12(b)(6) Motion to Dismiss in Cause No. 3:26-CV-00484 before the United States District Court for the Middle District of Tennessee on Friday, October 2, 2026;
- A hearing before Webb County Court at Law No. 1 in Cause No. 2024CVK001466C1 on Friday, October 2, 2026;
- A mediation before the Hon. Hugo Martinez in Webb County on Friday, October 2, 2026;
- Responding to another 12(b)(6) Motion to Dismiss in Cause No. 3:26-CV-00484 before the United States District Court for the Middle District of Tennessee on Monday, October 5, 2026;

- A hearing on a Motion to Confirm an Arbitrator's Award in Cause No. D-1-GN-26-002330 before the Travis County District Court on Wednesday, October 7, 2026; and
- Responding to another 12(b)(6) Motion to Dismiss in Cause No. 3:26-CV-00484 before the United States District Court for the Middle District of Tennessee on Thursday, October 8, 2026.

3. Additionally, the undersigned is scheduled to have a medical procedures performed on Wednesday, September 30, 2026 and a follow up appointment on Wednesday, October 7, 2026, which has already been rescheduled multiple times.

4. An additional two weeks will allow counsel for Appellants to complete their Opening Brief alongside his other obligations.

5. Appellees will not be prejudiced by the two-week extension of time that is sought.

Accordingly, Appellants respectfully request that this Court grant Appellants' Second Opposed Motion for Extension of Time to File Opening Brief.

Dated: September 30, 2026

Respectfully submitted,

*/s/ Shelby A. Jordan*
Shelby A. Jordan
State Bar No. 11016700
Federal Bar No. 2195
Antonio Ortiz
State Bar No. 24074839
Federal Bar No. 1127322
**Jordan & Ortiz, P.C.**
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Telephone: (361) 884-5678
Fax: (361) 888-5555
Email: sjordan@jhwclaw.com
aortiz@jhwclaw.com
copy to: cmadden@jhwclaw.com

*/s/ Ben C Broocks*
Ben C Broocks
St. Bar No. 03058800
Federal Bar No. 94507
William A. Broocks
St. Bar No. 24107577
Federal Bar No. 3759653
**Broocks Law Firm, PLLC**
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Telephone: (512) 201-2000
Fax: (512) 201-2032
Email: bbroocks@broockslawfirm.com
wbroocks@broockslawfirm.com

**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 30, 2026, I attempted to confer with counsel for Appellees who at the time of filing of this Motion they have not indicated if they were unopposed or opposed to a two-week extension to file Appellants' Opening Brief.

*/s/ Shelby A. Jordan*
Shelby A. Jordan

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2026, the foregoing document was electronically filed with the United States Court of Appeals for the Fifth Circuit through the Court's CM/ECF system. All parties are represented by registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Shelby A. Jordan*
Shelby A. Jordan

**CERTIFICATE OF COMPLIANCE**

This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and 5th Cir. R. 32.1, this document contains 336 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and 5th Cir. R. 32.1 and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using 14 Times New Roman.

*/s/ Shelby A. Jordan*
Shelby A. Jordan